JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD TARUC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HECTOR CERVANTES, *et al.*,<br><br>　　　　　　Defendants. | Case No. 5:25-cv-01612-FLA (AJRx)<br><br>**ORDER DISMISSING ACTION [DKT. 19] AND DENYING AS MOOT PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT [DKT. 17]** |

1

On October 3, 2025, Plaintiff Bernard Taruc ("Plaintiff") filed a Notice of Dismissal, dismissing the action pursuant to Fed. R. Civ. P. 41(a)(1). Dkt. 19. Having considered the Notice of Dismissal and finding good cause therefor, the court hereby ORDERS:

1. All dates and deadlines governing this action are VACATED. Plaintiff's Motion for Default Judgment, Dkt. 17, is DENIED as moot.
2. The court DISMISSES the action with prejudice.

IT IS SO ORDERED.

Dated: October 6, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge

2